# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 MAY -6 AM 8: 33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

<u>U.S.A. vs. DENESHA TUGGLE</u>     Docket No. <u>2:04CR20112-07</u>

### Petition on Probation and Supervised Release

**COMES NOW** <u>NICOLE D. PETERSON</u>, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Denesha Tuggle</u> who was placed on supervision by the Honorable <u>Jon Phipps McCalla</u> sitting in the Court at <u>Memphis, TN</u>, on the <u>9th</u> day of <u>February</u>, 2005, who fixed the period of supervision at <u>two (2) years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant shall pay a two hundred fifty dollar ($250.00) fine

2) The defendant shall cooperate/submit to DNA testing as directed by the Probation Officer.

3) The defendant is prohibited from gambling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

On March 29, 2005, Denesha Tuggle tested positive for marijuana. There are other family issues which cause this officer to believe the defendant may benefit from mental health counseling. In order for this officer to effectively supervise and monitor this case, special conditions requiring the defendant to submit to drug/mental health treatment as deemed appropriate are needed. She has signed **Probation Form 49/Waiver Of Hearing To Modify Conditions Of Probation**, adding the special conditions of participation in drug/mental health treatment as directed by the Probation Office.

**PRAYING THAT THE COURT WILL ORDER** that Denesha Tuggle's supervision be **MODIFIED** to include the special conditions of participation in drug/mental health treatment as directed by the Probation Office.

**ORDER OF COURT**

Considered and ordered this 5 day of MAY, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**RESPECTFULLY,**

_____
NICOLE D. PETERSON
United States Probation Officer

Place: <u>Memphis, Tennessee</u>

Date: <u>April 27, 2005</u>

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-9-05



# United States District Court

WESTERN **District** TENNESSEE

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Defendant shall participate in a program which may include inpatient therapy for treatment of drug/alcohol dependency, including drug/alcohol testing to determine if you have reverted to the use of drugs/alcohol. You shall also abstain from the use of drugs/alcohol during and after the course of treatment.

The defendant shall participate in Mental Health Treatment as deemed necessary/directed by the U. S. Probation Office.

Witness: *[signature]*
NICOLE D. PETERSON
U. S. Probation Officer

Signed: *[signature]*
DENESHA TUGGLE
Probationer/Supervised Releasee

04-29-05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 247 in case 2:04-CR-20112 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT